KELLY C. RODE
County Court at Law
700 Main Street, Suite 123
Kerrville, TX 78028
Phone: (830) 792-2207
Fax: (830) 895-3711
Email: kellyrode94@gmail.com

November 13, 2015

Keith E. Hottle, Clerk
Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 NOV 16 PM 12:23
KEITH E. HOTTLE, CLERK

Re:    Court of Appeals Number: 04-15-00607-CV
       Trial Court Case Number: 15-552-C

Style:   Robert Sheppard and Debra McKenna v. Mary Burney

Dear Mr. Hottle,

I am the official reporter for the County Court at Law of Kerr County, Texas. Please file the enclosed Notification of Late Record.

A copy of the Notification has been mailed to Mr. Sheppard and Ms. McKenna, and also to Ms. Burney. If there is anything else I need to file, please let me know.

Yours truly,

Kelly C. Rode

Kelly C. Rode
Certified Shorthand Reporter

SUNERICA 21 V 0H P105



# Fourth Court of Appeals

## NOTIFICATION OF LATE RECORD

Court of Appeals No., if known: 04-15-00607-CV

Trial Court Style: Mary Burney v. Robert Sheppard and Debra McKenna

Trial Court No.: 15-552-C

I am the official responsible for preparing the clerk's record/reporter's record [circle one] in the above-referenced appeal. The approximate date of trial was: September 10, 2015
The record was originally due: November 23, 2015
I anticipate the length of the record to be: 20 pages

I am unable to file the record by the date such record is due because [check one]:

[x] the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record.

[ ] my other duties or activities preclude working on the record and include the following [attach additional pages if needed]:

_____

_____

[x] Other. Explain [attach additional pages if needed]: I have not been requested to prepare the Reporter's Record, nor paid to do so.

I anticipate the record will be completed by: Three weeks after request and payment is made.

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail of fax to the parties to the judgment or order being appealed.

Date: November 13, 2015        Signature: Kelly C. Rode

Printed Name: Kelly C. Rode

Title: Official Court Reporter

Rev. 1.8.14

COUNTY COURT AT LAW
OF KERR COUNTY, TEXAS
KERR COUNTY COURTHOUSE
700 MAIN - ROOM 123
KERRVILLE, TX 78028

IN THE COUNTY COURT
AT LAW

2015 NOV 12

KENNETH H. LITTLE, CLERK

7805613100 COD 11



neopost
11/13/2015
US POSTAGE
$00.48⁵
ZIP 78028
041L11222614
FIRST-CLASS MAIL

UNITED STATES DISTRICT COURT
GENERAL SERVICES
SAN FRANCISCO